**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Chicago Truck Drivers, Helpers & Warehouse Workers Union (Independent) Pension Fund, by and through its Board of Trustees, Bernard Sherlock, John Rule, Michael Ramirez, Joseph Barton, R.J. Emerick, and Timothy Ryan, | : : : : : : | Civil Action<br><br>Case No. 20-cv-05667 |
| Plaintiffs, | : : | Honorable Joan B. Gottschall |
| v. | : : | |
| Temp-Tech Industries, Inc., | : : | |
| Defendant. | : | |

## DEFAULT JUDGMENT

Plaintiffs, Chicago Truck Drivers, Helpers & Warehouse Workers Union (Independent) Pension Fund and its respective board of trustees ("Plaintiffs"), having filed their Complaint herein, and Defendant, Temp-Tech Industries, Inc. ("Defendant"), having failed to answer or otherwise defend against the Complaint; and the Plaintiffs having moved the Court to enter default judgment in favor of Plaintiffs and against Defendant, for failure to answer or otherwise defend against the Complaint; and it appearing by the declarations filed of record that Defendant violated Section 515 of ERISA, 29 U.S.C. § 1145 and is liable under Section 502(g)(2) of ERISA, § 29 U.S.C. § 1132(g)(s); and that such violations cause losses to the plans in the amount of $403,010.80 in withdrawal liability, $32,251.91 in interest, $6,825.00 in attorneys' fees, and $400.00 in costs; it is hereby:

ORDERED, ADJUDGED AND DECREED by the Court that:

1. Defendant, Temp-Tech Industries, Inc., shall restore to the Fund all losses to the Fund incurred as a result of its violations of ERISA in the total amount of $442,487.71; and

2. The Court directs the entry of this Default Judgment as a final order as to Defendant Temp-Tech Industries, Inc.

Dated: February 4, 2021        /s/
                               Joan B. Gottschall
                               United States District Judge